IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                           CRIMINAL NO. 13-CR-30181-DRH

ANNALISE S. MCGHEE,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On May 18, 2015, this court entered an order for forfeiture against defendant Annalise S. McGhee for the following property which had been seized from the defendant:

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218081;**

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218088; and**

**any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 26, 2015, and ending June 24, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 18, 2015, namely:

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218081;**

**One Hi-Point, model JHP, .45 ACP caliber semi-automatic pistol, serial number X4218088; and**

**any and all ammunition contained therein.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

Signed this 21st day of October, 2015.

Digitally signed by
Judge David R. Herndon
Date: 2015.10.21
14:27:08 -05'00'

**United States District Judge**